■ WILLIAM S. BESLOW et al., Appellants, v NOVELL, INC., Respondent. [662 NYS2d 498] —Order, Supreme Court, New York County (Walter Schackman, J.), entered July 12, 1996, which dismissed the complaint for failure to state a cause of action, unanimously affirmed, with costs.

We agree with the motion court that the documents relied upon by plaintiffs, including defendant's License Agreement, evidence only the existence of a free customer support program, not a contract to provide such a service perpetually, and, as the duration of the program cannot be fairly and reasonably supplied by implication, and as the program was one for services on which a reasonable time duration cannot be imposed, the program was terminable at will (*see, Warner-Lambert Pharm. Co. v John J. Reynolds, Inc.*, 178 F Supp 655, 661, *affd* 280 F2d 197; *Haines v City of New York*, 41 NY2d 769, 771-773). Leave to replead was properly denied as the proposed amendment lacks merit. Concur—Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.